Kenneth S. MacAffer, as Receiver of the Property, Rights and Assets of The Mechanicville and Fort Edward Railroad Company; Kenneth S. MacAffer, as Successor Trustee of The Mechanicville and Fort Edward Railroad Company, and The Mechanicville and Fort Edward Railroad Company, Appellants, v. Boston and Maine Railroad, Respondent.— Motion to be allowed to appeal to the Court of Appeals granted. The court certifies that a question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals, and hereby certifies the following question: Upon the record herein is defendant entitled to judgment dismissing the complaint in this action pursuant to subdivision 5 of rule 107 of the Rules of Civil Practice? Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ. [See ante, p. 140.]